IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION,

**SHAWN CURRAN,**

    **Plaintiff,**

v.                                                     **CASE NO.  2:19-CV-00617**

**AXON ENTERPRISE, INC., et al,**

    **Defendants**.

**JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.**  This action came for decision by the Court. The issues have been considered and a decision has been rendered.

IT IS **ORDERED AND ADJUDGED** that the Court **GRANTS** Defendant Nelson's Motion for Summary Judgment, ECF No. 51. The Defendant Axon Enterprise, Inc.'s Motion to Dismiss, ECF No. 8, is **GRANTED,** and this case is **DISMISSED** without prejudice.

**DATED:  October 12, 2021**
(*nunc pro tunc* September 13, 2021)

                                              **FERNANDO GALINDO**
                                              **Clerk of Court**

                                                             /s/
                                      **By**_____
                                                 **J.L.Meyers**
                                               **Deputy Clerk**