IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

| | |
|---|---|
| SHAWN CURRAN,<br><br>        Plaintiff,<br><br>v.<br><br>AXON ENTERPRISE, INC. et al.,<br><br>        Defendants. | Case No. 2:19-cv-617 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii), the Parties stipulate and agree that Plaintiffs' Complaint (Doc. 1-1) be dismissed *with prejudice* as to Defendants Richard Nelson and Axon Enterprise, Inc., each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 12th day of March, 2024.

                                            */s/ M. Scott Bucci*
                                            Elliott M. Buckner
                                            Virginia State Bar No. 45227
                                            M. Scott Bucci
                                            Virginia State Bar No. 42636
                                            Jeffrey N. Stedman
                                            Virginia State Bar No. 84496
                                            Cantor Grana Buckner Bucci
                                            7130 Glen Forest Drive, Suite 400
                                            Richmond, Virginia 23226
                                            Telephone: (804) 644-1400
                                            Facsimile: (804) 644-9205
                                            ebuckner@virginiatrialfirm.com
                                            sbucci@virginiatrialfirm.com
                                            jstedman@virginiatrialfirm.com.com

                                            *Counsel for Plaintiff Shawn Curran*

                                            */s/ Brian N. Casey*
                                            Brian N. Casey

        Virginia Bar No. 26710
        CLARKE, DOLPH, HULL & BRUNICK, PLC
        5712 Cleveland Street, Suite 130
        Virginia Beach, VA 23462
        (757) 466-0464
        Fax: (757) 466-8242
        bcasey@clarkedolph.com

        *Counsel for Defendant Richard Nelson*

        */s/ James A. Cales III*
        James A. Cales III
        Virginia Bar No. 41317
        Furniss, Davis, Rashkind and Saunders, P.C.
        6160 Kempsville Circle, Suite 341B
        P.O. Box 12525
        Norfolk, Virginia 23541-0525
        (757) 461-7100
        Fax: (757) 461-0083
        Email: jcales@furnissdavis.com

        Pamela B. Petersen (*pro hac vice*)
        Arizona Bar No. 011512
        Gayathiri Shanmuganatha (*pro hac vice*)
        Arizona Bar No. 030745
        Jake MacKay (*pro hac vice*)
        Alabama Bar No. ASB-9600-P971
        AXON ENTERPRISE, INC.
        17800 N. 85th Street
        Scottsdale, AZ 85255
        (623) 326-6016
        Fax: (480) 905-2027
        Email: ppetersen@axon.com
        Secondary: legal@axon.com

        *Counsel for Defendant Axon Enterprise, Inc.*